**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **COREY A. TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 08-610-GPM** |
| | ) | |
| **JARED BLESSING,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM AND ORDER</u>

**MURPHY, District Judge:**

Plaintiff filed a civil action pursuant to 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. On October 20, 2008, the Court entered an Order denying Plaintiff's motion to proceed *in forma pauperis* because he had accumulated "3 strikes" under 28 U.S.C. § 1915(g). The Court directed Plaintiff to pay the full $350 filing fee within fifteen days (Doc. 8). Plaintiff filed a motion for reconsideration, which was denied, and was granted additional time within which to pay the filing fee (Doc. 10). Plaintiff was warned that if he failed to pay the filing fee within the time specified, then his action would be dismissed. The additional time granted to Plaintiff has passed, and Plaintiff still has not paid the full $350 filing fee. Consequently, this action is dismissed with prejudice for failure to comply with the Court's Order. *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

DATED: 03/16/09

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge