# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COREY A. TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-610-GPM |
| JARED BLESSING, *et al.*, | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff **COREY A. TAYLOR** shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 03/16/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge